# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Otazo-Reyes, Alicia M. | U.S. District Court, Southern District of Florida | 03/29/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge - Full time | ☐ Nomination  Date <br> ☐ Initial  ☑ Annual  ☐ Final <br><br> 5b. ☐ Amended Report | 01/01/2020 **to** 12/31/2020 |

**7. Chambers or Office Address**

301 N. Miami Avenue
Miami, Florida 33128

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member | Miami Dade College Paralegal Studies Program Advisory Committee |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Otazo-Reyes, Alicia M.** | 03/29/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | George Mason University, Antonin Scalia Law School, Law and Economics Center | Feb. 1-5, 2020 | Key West, FL | Seminar | Transportation, meals, lodging |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Otazo-Reyes, Alicia M. | 03/29/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Otazo-Reyes, Alicia M.** | 03/29/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Individual Assets (H) | | | | | | | | | |
| 2. Citibank (cash) | A | Interest | N | T | | | | | |
| 3. Account #1 (H) | | | | | | | | | |
| 4. Bank of America, NA, RASP (cash) | A | Interest | M | T | | | | | |
| 5. AB Large Cap Growth Fund (APGYX) | | None | | | Sold | 03/20/20 | K | C | |
| 6. AIG Focused Dividend Strategy (FDSWX) | | None | | | Sold | 02/28/20 | J | | |
| 7. Alger Small Cap Focus Fund Class Z (AGOZX) | | None | K | T | Sold (part) | 03/18/20 | J | | |
| 8. | | | | | Sold (part) | 03/30/20 | J | | |
| 9. Allianzgi Mid Cap Value Fund Cl P (ANPRX) | A | Dividend | J | T | Buy | 10/28/20 | J | | |
| 10. | | | | | Buy (add'l) | 12/30/20 | J | | |
| 11. American Mutual Fund (AMRMX) | | None | K | T | Buy | 12/31/20 | K | | |
| 12. BBH Limited Duration Fund Cl I (BBBIX) | A | Dividend | J | T | | | | | |
| 13. Blackrock Short Maturity Bd (NEAR) | A | Dividend | L | T | Buy (add'l) | 07/09/20 | K | | |
| 14. Blackrock Income Fd (BMSIX) | A | Dividend | J | T | | | | | |
| 15. Blackrock Mid Cap Growth Equity Portfolio Inst. Cl. (CMGIX) | | None | K | T | Buy (add'l) | 02/28/20 | J | | |
| 16. Blackrock High Yield Bd. Portfolio Fund (BHYIX) | A | Dividend | | | Sold | 03/20/20 | J | | |
| 17. Delaware Value Fund (DDVIX) | | None | | | Sold | 02/28/20 | K | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Otazo-Reyes, Alicia M.** | 03/29/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.  Eaton Vance High Income Opportunities Fund (EIHIX) | A | Dividend | | | Sold | 03/20/20 | J | | |
| 19.  Eaton Vance Floating Rate MF (EIBLX) | A | Dividend | | | Sold | 04/28/20 | J | | |
| 20.  Federated Kaufmann Small Cap Pund Cl IS (FKAIX) | A | Dividend | J | T | Buy (add'l) | 01/06/20 | J | | |
| 21. | | | | | Sold (part) | 03/30/20 | J | | |
| 22.  Fidelity Adv Growth Opps Fd. Cl I (FAGCX) | B | Dividend | K | T | Buy (add'l) | 03/04/20 | J | | |
| 23. | | | | | Buy (add'l) | 09/21/20 | J | | |
| 24.  Fidelity Adv Intl Cap Apprec Fd. Cl I (FCPIX) | A | Dividend | K | T | Buy (add'l) | 02/28/20 | J | | |
| 25. | | | | | Sold (part) | 03/18/20 | J | | |
| 26. | | | | | Buy (add'l) | 07/15/20 | J | | |
| 27.  Franklin Dynatech Fd. Adv. (FDYZX) | | None | K | T | Buy (add'l) | 03/04/20 | J | | |
| 28.  Franklin Small Cap Value Fd Adv Cl (FVADX) | A | Dividend | K | T | Buy | 10/22/20 | J | | |
| 29. | | | | | Buy (add'l) | 10/28/20 | J | | |
| 30. | | | | | Buy (add'l) | 12/30/20 | J | | |
| 31.  Glenmede Large Cap Growth Fund (GTILX) | | None | | | Sold (part) | 01/10/20 | J | B | |
| 32. | | | | | Sold | 03/16/20 | K | | |
| 33.  Guggenheim Total Return Bond Fund Instl. Cl. (GIBIX) | A | Dividend | J | T | | | | | |
| 34.  iShares 1-3 year Treasury Bond ETF (SHY) | A | Dividend | | | Buy (add'l) | 03/20/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Otazo-Reyes, Alicia M. | 03/29/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. | | | | | | Buy<br>(add'l) | 07/09/20 | K | | |
| 36. | | | | | | Sold | 12/30/20 | K | | |
| 37. | iShares 20+ year Treasury Bond ETF (TLT) | A | Dividend | K | T | Sold<br>(part) | 10/19/20 | J | A | |
| 38. | iShares Gold Tr (IAU) | | None | | | Buy | 03/17/20 | J | | |
| 39. | | | | | | Sold | 06/17/20 | J | A | |
| 40. | iShares S&P Midcap 400 Growth (IJK) | | None | | | Sold<br>(part) | 03/17/20 | J | | |
| 41. | | | | | | Sold | 03/20/20 | J | | |
| 42. | iShares Core S&P 500 ETF (IVV) | A | Dividend | K | T | Sold<br>(part) | 03/20/20 | K | C | |
| 43. | iShares S&P Smallcap 600 Growth (IJT) | | None | | | Sold | 03/20/20 | J | | |
| 44. | iShares Core S&P US Growth ETF (IUSG) | A | Dividend | K | T | Sold<br>(part) | 03/20/20 | J | B | |
| 45. | | | | | | Sold<br>(part) | 03/26/20 | J | C | |
| 46. | iShares Core S&P US Value ETF (IUSV) | A | Dividend | K | T | Sold<br>(part) | 03/20/20 | J | | |
| 47. | | | | | | Sold<br>(part) | 03/26/20 | J | A | |
| 48. | iShares Inc Core MSCI Emerging Markets ETF (IEMG) | | None | | | Sold | 03/12/20 | J | A | |
| 49. | Janus Henderson Global Equity Income Fund Cl I (HFQIX) | A | Dividend | J | T | Buy | 02/28/20 | J | | |
| 50. | | | | | | Buy<br>(add'l) | 12/30/20 | J | | |
| 51. | Janus Henderson Small Cap Value Fund Cl I (JSCOX) | | None | | | Sold | 03/25/20 | J | | |

| 1 | Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|---|
| | (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 | Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 | Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Otazo-Reyes, Alicia M. | 03/29/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Janus Henderson Enterprise Fund I (JMGRX) | | None | | | Sold (part) | 03/16/20 | J | A | |
| 53. | | | | | Sold (part) | 03/18/20 | J | | |
| 54. | | | | | Sold (part) | 03/25/20 | J | A | |
| 55. | | | | | Sold (part) | 03/30/20 | J | A | |
| 56. | | | | | Sold | 07/31/20 | J | A | |
| 57. JP Morgan Emerging Markets Eq. Fd. Cl I (JEMSX) | A | Dividend | K | T | Sold (part) | 03/16/20 | J | | |
| 58. | | | | | Sold (part) | 03/18/20 | J | | |
| 59. | | | | | Buy (add'l) | 07/15/20 | J | | |
| 60. Lord Abbett Bond Debenture Fund Cl F (LBDFX) | A | Dividend | | | Sold | 09/14/20 | J | | |
| 61. Lord Abbett Short Duration Income Fd Cl F. (LDLFX) | A | Dividend | K | T | Buy (add'l) | 01/06/20 | J | | |
| 62. Mainstay Large Cap Growth Fund (MLAIX) | | None | | | Sold (part) | 03/16/20 | K | | |
| 63. | | | | | Sold | 03/20/20 | K | | |
| 64. MFS International Intrinsic Value Fund (MINIX) | A | Dividend | | | Sold | 03/12/20 | J | A | |
| 65. MFS International Diversification Fund Cl I (MDIJX) | A | Dividend | K | T | Buy (add'l) | 07/15/20 | J | | |
| 66. | | | | | Buy (add'l) | 12/30/20 | J | | |
| 67. MFS Value FD CL I MF (MEIIX) | B | Dividend | K | T | Sold (part) | 03/20/20 | J | A | |
| 68. PGIM High Yield Fund Cl Z (PHYZX) | A | Dividend | K | T | Buy | 07/15/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Otazo-Reyes, Alicia M. | 03/29/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. | | | | | | Buy<br>(add'l) | 10/16/20 | J | | |
| 70. | PGIM Total Return Bond Fd Cl Z (PDBZX) | A | Dividend | K | T | | | | | |
| 71. | Pimco International Bond Fund (PFBPX) | A | Dividend | K | T | Buy<br>(add'l) | 07/09/20 | J | | |
| 72. | | | | | | Buy<br>(add'l) | 07/15/20 | J | | |
| 73. | Pimco Global Bond Fund (PGNPX) | A | Dividend | | | Sold | 10/22/20 | J | A | |
| 74. | Pimco Income Fund (PONPX) | A | Dividend | K | T | | | | | |
| 75. | Principal Equity Income Fund CL I (PEIIX) | A | Dividend | J | T | | | | | |
| 76. | T Rowe Price Dividend Growth Fd (PRDGX) | A | Dividend | J | T | Buy | 03/04/20 | J | | |
| 77. | Thornburg Ltd Term Income Fund (THIIX) | A | Dividend | K | T | Buy<br>(add'l) | 07/09/20 | J | | |
| 78. | Touchstone Mid Cap Fund Y Class (TMCPX) | A | Dividend | K | T | Buy<br>(add'l) | 02/28/20 | J | | |
| 79. | | | | | | Sold<br>(part) | 03/18/20 | J | | |
| 80. | | | | | | Buy<br>(add'l) | 07/15/20 | J | | |
| 81. | | | | | | Buy<br>(add'l) | 10/28/20 | J | | |
| 82. | Tweedy Brown Global Value Fund (TBGVX) | | None | | | Sold | 02/28/20 | J | | |
| 83. | Vanguard Short-Term Corporate Bond (VCSH) | A | Dividend | K | T | Buy | 07/09/20 | K | | |
| 84. | Vanguard Intermediate-Term Corporate Bond (VCIT) | A | Dividend | J | T | Buy | 10/16/20 | J | | |
| 85. | Western Asset Core Plus Bond Fund (WACPX) | A | Dividend | | | Sold | 10/16/20 | K | B | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Otazo-Reyes, Alicia M.** | 03/29/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Account #2 (H) | | | | | | | | | |
| 87. Bank of America, NA, RASP (cash) | A | Interest | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Alicia M. Otazo-Reyes**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544